

ORDERED in the Southern District of Florida on August 11, 2016.

Erik P. Kimball, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                    Case No: 16-12722-EPK

MATTHEW W PIETRZAK,                         Chapter 13

_____Debtor._____/

**ORDER GRANTING MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON PERSONAL PROPERTY HELD BY CALVARY SPV I, LLC**

THIS CASE came to be heard on August 8, 2016 on the *Debtor's Motion to Value and Determine Secured Status of Lien on Personal Property* (DE 37; the "Motion"). Based upon the debtor's assertions made in support of the Motion, without objection, having considered the record in this case, and being duly advised in the premises, the Court FINDS as follows:

A.  The value of the debtor's personal property (the "Personal Property") more particularly described as follows *(Select only one)*:

LF-103 (06/14/10)

   __X__   Motor vehicle described as follows:

Year and Model of motor vehicle: 2011 Polaris Ranger 300
Vehicle Identification Number (VIN #): 1XNU6X107B1032701
Odometer reading: 4,000

   ____   Personal property other than a motor vehicle described as follows:

is $ 1,000.00 at the time of the filing of this case.

Consequently, it is **ORDERED** as follows:

1. The Motion is **GRANTED**.

2. Lender has an allowed secured claim in the amount of $1,000.00.

3. (Select only one):

    ____Lender has not filed a proof of claim in this case.   The trustee shall not disburse any payments to Lender unless a proof of claim is timely filed.   In the event a proof of claim is timely filed, it shall be classified as a secured claim in the amount stated in paragraph 2, above, and as a general unsecured claim for any amount in excess of scheduled secured claim, regardless of the original classification in the proof of claim as filed.   Lender's secured claim shall be paid through the plan at _____% for a total of $_____.

    or

    __X__ Lender filed a proof of claim, claim 8-1 in this case.   It shall be classified as a secured claim in the amount provided in paragraph 2, above, and as a general unsecured claim in the amount of $3,217.18, regardless of the original classification in the proof of claim as filed.

      Lender's secured claim shall be paid through the plan at 0.00% for a total of $1,000.00.

4. The Personal Property may not be sold or refinanced without proper notice and further order of the Court.

5. Notwithstanding the foregoing, this Order is not recordable or enforceable until the debtor receives a discharge in this chapter 13 case.

6. Upon notification that the debtor has received a discharge, the creditor shall take all steps necessary to release the lien upon the personal property.

###

Submitted By:

OZMENT LAW, PA
2001 Palm Beach Lakes Blvd, Suite 410
West Palm Beach, FL 33409
561-689-6789

Attorney Drake Ozment is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.